UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 2 6 2017

JAMES N. HATTEN, Clerk
By: Don Stanley, Deputy Clerk

| | |
|---|---|
| AGL SERVICES COMPANY, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:16-CV-4092-CAP |
| MISTRAS GROUP, INC., | |
| Defendant. | |

# **VERDICT FORM**

On the plaintiff's claim for breach of contract, we find:

__✓__ For the plaintiff, AGL Service Company and against the defendant, Mistras Group, Inc., and award damages in the amount of

$ __7,366,110.61__ .

OR

____ For the defendant, Mistras Group, Inc., and against the plaintiff, AGL Service Company.

**If you found in favor of the plaintiff above, proceed to the** next question.

**If you found for the defendant above, skip the next question.**

On the plaintiff's claim that the defendant was stubbornly litigious and/or caused unnecessary trouble and expense, we find:

\_\_\_\_ For the plaintiff, AGL Service Company, and against the defendant, Mistras Group, Inc; and the plaintiff, AGL Service Company, is entitled to recover its expenses of litigation against the defendant, Mistras Group, Inc. in the amount of $ _____ .

OR

_√_ For the defendant, Mistras Group, Inc., and against the plaintiff, AGL Service Company.

**SO SAY WE ALL,** this 26 day of October, 2017.

_____
Foreperson