# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AGL SERVICES COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MISTRAS GROUP, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.1:16-cv-04092-CAP |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court, and a jury, Honorable Charles A. Pannell, Jr., Senior United States District Judge presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the plaintiff, AGL Services Company, and against the defendant, Mistras Group, Inc., in the amount of SEVEN-MILLION, THREE-HUNDRED AND SIXTY-SIX THOUSAND, ONE-HUNDRED AND TEN DOLLARS AND SIXTY-ONE CENTS, FOR  DAMAGES ($7,366,110.61), with interest at the rate 1.42% per annum as provided by law.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/Don Stanhope
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
October 30, 2017
James N. Hatten
Clerk of Court


By　　s/Don Stanhope
　　　Deputy Clerk